# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CHARLES BINGLEY FRYAR,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 1:25-cv-01613-SAB

ORDER REGARDING STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSIVE BRIEF

(ECF No. 15)

Before the Court is the parties' stipulation for an extension of time in which Defendant may file a responsive brief to Plaintiff's opening brief in support of whether the Court should affirm, modify, or reverse a final decision of the Commissioner of Social Security denying Plaintiff's application for Social Security benefits. See 42 U.S.C. 405(g). For good cause shown, the Court approves the stipulation and ORDERS that Defendant shall have through **June 10, 2026**, to file a responsive brief. The scheduling order (ECF No. 6) is modified accordingly.

IT IS SO ORDERED.

Dated: __**May 12, 2026**__

STANLEY A. BOONE
United States Magistrate Judge