# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BINGLEY FRYAR, | Case No. 1:25-cv-01613-SAB |
| Plaintiff, | ORDER REGARDING STIPULATION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 17) |
| Defendant. | |

Plaintiff Charles Bingley Fryar commenced this action on November 21, 2025, challenging the Commissioner of Social Security's final decision, denying his application for Social Security benefits. The parties have consented to the jurisdiction of the United States Magistrate Judge. (ECF Nos. 8, 9, 10.) On May 19, 2026, the parties filed a stipulation to remand, pursuant to Sentence Four of 42 U.S.C. § 405(g).

Pursuant to the parties' stipulation to remand this action pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS ORDERED that:

1. This action is REMANDED for further proceedings consistent with the terms of the stipulation (ECF No. 17);

2. All pending dates and matters are VACATED; and

///

3.      Judgment shall be ENTERED in favor of Plaintiff Charles Bingley Fryar and against Defendant Commissioner of Social Security.

IT IS SO ORDERED.

Dated:    **May 19, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2