# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BINGLEY FRYAR, | Case No. 1:25-cv-01613-SAB |
| Plaintiff, | ORDER REGARDING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | (ECF No. 20) |

On June 2, 2026, the parties filed a stipulation for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C.§ 2412(d).  (ECF No. 20.)

Accordingly, pursuant to the terms of the stipulation, Plaintiff is awarded fees and expenses in the amount of six thousand four hundred twenty-two dollars and seventy-three cents ($6,422.73) authorized by 28 U.S.C. § 2412(d), and costs in the amount of four hundred five dollars ($405.00), pursuant to 28 U.S.C. § 1920.

IT IS SO ORDERED.

Dated:   **June 2, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

1